UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 12-60862-CIV-MIDDLEBROOKS/BRANNON

SHIRE DEVELOPMENT LLC,
SHIRE PHARMACEUTICAL DEVELOPMENT INC.,
COSMO TECHNOLOGIES LIMITED and
GIULIANI INTERNATIONAL LIMITED,
    Plaintiffs,
vs.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC. – FLORIDA,
WATSON PHARMA, INC., and
WATSON LABORATORIES, INC.,

    Defendants.
_____/

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Defendants, Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.-Florida, Watson Pharma, Inc., and Watson Laboratories, Inc. (collectively "Watson"), pursuant to Local Rule 7.1(b), hereby respectfully request that the Court conduct oral argument or hearing on Watson's Motion for Summary Judgment of Non-Infringement ("Motion for Summary Judgment"). Watson believes that both parties and the Court would be benefitted by the Court having an opportunity to ask questions of the parties, regarding the various technical issues that are involved in this Hatch-Waxman case, that concerns the structure and design of pharmaceutical products and the application of the pertinent law to the undisputed facts on the issue of Watson's non-infringement of Plaintiffs' patent. Watson believes that one hour should be sufficient for the

hearing or oral argument on Watson's Motion for Summary Judgment, if that is convenient to the Court's schedule.

## CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE

I hereby certify that pursuant to Local Rule 7.1(a)(3), prior to filing this motion, counsel for Watson, Janet T. Munn, Esq. and James K. Stronski, Esq., spoke with counsel for the Plaintiffs and that Plaintiffs are unable to agree or disagree at this time with Defendants' request for hearing or oral argument until they have an opportunity to review Defendants' Motion for Summary Judgment.

s/ Janet T. Munn
Janet T. Munn, Esq.

DATED: December 21, 2012					Respectfully submitted,

s/ Janet T. Munn
Janet T. Munn
Florida Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock, et al.
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

James K. Stronski*
Email: jstronski@crowell.com
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Phone: 212.895.4217
Fax: 212.223.4134

2

CASE NO.: 12-60862-CIV-MIDDLEBROOKS/BRANNON

Neil M. McCarthy*
Email:  nmccarthy@crowell.com
Kristin M. Cooklin*
Email:  kcooklin@crowell.com
Craig P. Lytle*
Email:  clytle@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Phone: 202.624.2500
Fax: 202.628.5116

Mark T. Jansen*
Crowell & Moring LLP
Email:  mjansen@crowell.com
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Phone: 415.365.7203
Fax: 415.986.2827
***Admitted Pro Hac Vice**

*Counsel for Defendants*

CASE NO.: 12-60862-CIV-MIDDLEBROOKS/BRANNON

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Martin James Keane, Jr., Esq.
Email:  mkeane@gjb-law.com
William Barry Blum, Esq.
Email:  bblum@gjb-law.com
Genovese Joblove & Battista
100 S.E. 2nd Street
Suite 4400
Miami, FL  33131

Eric Christu, Esq.
Email:  EChristu@shutts.com
Daniel Joseph Barsky, Esq.
Email:  dbarsky@shutts.com
Shutts & Bowen LLP
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, FL  33401

Edgar H. Haug, Esq.*
Email:  ehaug@flhlaw.com
Andrew Wasson, Esq.*
Email:  awasson@flhlaw.com
Jason A. Lief, Esq.*
Email:  jlief@flhlaw.com
Elizabeth Murphy, Esq.*
Email:  emurphy@flhlaw.com
Mark P. Walters, Esq.*
Email:  mwalters@flhlaw.com
Frommer Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY  10151
*Counsel for Plaintiffs*

***Admitted Pro Hac Vice***

                              s/ Janet T. Munn
                              Janet T. Munn

4818-0044-7506, v.  1