UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60862-CIV-MIDDLEBROOKS/BRANNON

SHIRE DEVELOPMENT LLC, *et al.*,

    Plaintiffs,

vs.

WATSON PHARMACEUTICALS, INC., *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

In accordance with this Court's May 9, 2013, Opinion and Order (DE 246), it is hereby

**ORDERED AND ADJUDGED** that Final Judgment be and the same is **ENTERED** in favor of Plaintiffs[1] and against Defendants[2] as follows:

1. U.S. Patent No. 6,773,720 (the "'720 Patent") is not invalid under 35 U.S.C. § 112 for lack of written description and/or enablement.

2. The filing of Abbreviated New Drug Application ("ANDA") No. 203817 was an act of infringement of the '720 Patent by Defendants.

3. Any commercial manufacture, use, sale, offer for sale, and/or importation in the United States of the products that are the subject of ANDA No. 203817 by Defendants prior to the expiration of the '720 Patent will constitute an act of infringement of the '720 Patent.

---

[1] "Plaintiffs" refers to: Shire Development LLC; Shire Pharmaceutical Development, Inc.; Cosmo Technologies Limited; and Giuliani International Limited.
[2] Defendants" refers to: Actavis, Inc. (formerly Watson Pharmaceuticals, Inc.); Watson Laboratories, Inc. – Florida; Watson Pharma, Inc.; and Watson Laboratories, Inc.

1

4. The effective date of any approval of the product that is the subject of ANDA No. 203817 shall be no earlier than the date on which the '720 Patent expires.

5. Defendants, their officers, agents, servants, employees, attorneys, and/or those persons in active concert or participation or privity with them or any of them, are preliminarily and permanently enjoined from engaging in the commercial manufacture, use, sale, offer for sale, and/or importation in the United States of the products that are the subject of ANDA No. 203817 prior to the expiration of the '720 Patent.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 7 day of May, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record