IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60862-CIV-MIDDLEBROOKS/BRANNON

SHIRE DEVELOPMENT LLC,
SHIRE PHARMACEUTICAL
DEVELOPMENT INC.,
COSMO TECHNOLOGIES LIMITED and
GIULIANI INTERNATIONAL LIMITED,

Plaintiffs,

v.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC. –
FLORIDA, WATSON PHARMA, INC. and
WATSON LABORATORIES, INC.,

Defendants.
_____/

## DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given, pursuant to Fed. R. App. 4(a)(1)(A), that Actavis, Inc. (formerly known as Watson Pharmaceuticals, Inc.), Watson Laboratories, Inc. – Florida, Watson Pharma, Inc., and Watson Laboratories, Inc. (collectively, "Defendants" or "Watson"), hereby appeal to the United States Court of Appeals for the Federal Circuit from the Judgment entered in Case No. 12-60862 in favor of Shire Development LLC, Shire Pharmaceutical Development Inc., Cosmo Technologies Limited and Giuliani International Limited entered on May 10, 2013 (D.E. 247), and all underlying decisions, orders, opinions and rulings decided adversely to Watson in the above-captioned case, including, but not limited to the Court's Opinion, entered on May 9,

2013 (D.E. 246), finding U.S. Patent No. 6,773,720 valid and infringed, and all other orders, rulings and findings decided adversely to Watson prior to and during trial.

Dated:  May 13, 2013                  Respectfully submitted,

/s/ Janet T. Munn
Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone:  305.476.7101
Telecopy:  305.476.7102
Email: jmunn@rascoklock.com

/s/ James K. Stronski
James K. Stronski*
Email: jstronski@crowell.com
Crowell & Morning LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Phone: 212.895.4217
Fax: 212.223.4134

AND

Neil McCarthy*
Email: nmccarthy@crowell.com
Kristin M. Cooklin*
Email: kcooklin@crowell.com
Craig P. Lytle*
Email: clytle@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Phone: 202.624.2500
Fax: 202.628.5116

2

CASE NO. 12-60862-CIV-MIDDLEBROOKS/BRANNON

>Mark T. Jansen*
>mjansen@crowell.com
>Crowell & Moring LLP
>275 Battery St.
>San Francisco, CA 94111
>Phone: 415-365-7203
>Fax: 415-986-2800
>
>*Counsel for Defendants*
>
>* Admitted *pro hac vice*

CASE NO. 12-60862-CIV-MIDDLEBROOKS/BRANNON

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13TH day of May 2013 a true and correct copy of the foregoing was filed using CM/ECF and served on counsel for Plaintiffs via email:

**William Barry Blum, Esq.**
Email: bblum@gjb-law.com
Genovese Joblove & Battista
100 S.E. 2nd Street
Suite 4400
Miami, FL 33131

**Eric C. Christu, Esq.**
Email: echristu@shutts.com
Shutts & Bowen LLP
525 Okeechobee Boulevard
Suite 1100
West Palm Beach, FL 33401

**Edgar H. Haug, Esq.***
Email: ehaug@flhlaw.com
**Elizabeth Murphy, Esq.***
Email: emurphy@flhlaw.com
**Jason A. Lief, Esq.***
Email: jlief@flhlaw.com
**Mark P. Walters, Esq.***
Email: mwalters@flhlaw.com
**Andrew Wasson, Esq.***
Email: awasson@flhlaw.com
Frommer Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY 10151
*Counsel for Plaintiffs*

**\*Admitted Pro Hac Vice**

By: /s/ Janet T. Munn
Janet T. Munn

4842-8587-5988, v. 1