UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

CASE NO.: 12-60862-CIV-MIDDLEBROOKS/BRANNON

SHIRE DEVELOPMENT LLC,
SHIRE PHARMACEUTICAL
DEVELOPMENT INC.,
COSMO TECHNOLOGIES LIMITED, and
GIULIANI INTERNATIONAL LIMITED,

    Plaintiffs,

        v.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC. - FLORIDA,
WATSON PHARMA, INC.
and WATSON LABORATORIES, INC.,

    Defendants.
_____/

**NOTICE OF CHANGE OF FIRM AND NEW CONTACT INFORMATION
FOR STEVEN A. MADDOX, ESQ., COUNSEL FOR WATSON DEFENDANTS
AND REQUEST FOR UPDATE OF COURT'S RECORDS
SO THAT ELECTRONIC FILINGS CAN BE RECEIVED THROUGH CM/ECF**

    Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.-Florida, Watson Pharma, Inc. and Watson Laboratories, Inc. (collectively the "Watson Defendants") and Steven A. Maddox, Esq., respectfully request that the Clerk of Court and the Parties update their records to reflect the new firm and other contact information for Mr. Maddox. Mr. Maddox is admitted in this action *pro hac vice,* as counsel for the Watson Defendants. Mr. Maddox is no longer with the firm of Knobbe, Martens, Olson & Bear, LLP. Mr. Maddox is now a partner in the Washington, D.C. offices of McKenna Long & Aldridge LLP. Mr. Maddox's full contact

information is as follows:

>Steven A. Maddox, Esq.
>Email: smaddox@mckennalong.com
>McKenna Long & Aldridge LLP
>1900 K Street, NW, Washington, DC 20006
>Telephone: 202.496.7205
>Facsimile: 202.496.7756

Dated:  January 8, 2015                                   Respectfully submitted,

>s/ Janet T. Munn
>Janet T. Munn, Esq.
>Florida Bar No. 501281
>Email: jmunn@rascoklock.com
>Rasco Klock, et al.
>2555 Ponce de Leon Avenue, Suite 600
>Coral Gables, FL 33134
>Telephone: 305.476.7101
>Telecopy: 305.476.7102
>
>**AND**
>
>Steven A. Maddox, Esq.*
>Email: smaddox@mckennalong.com
>McKenna Long & Aldridge LLP
>1900 K Street, NW, Washington, DC 20006
>Telephone: 202.496.7205
>Facsimile: 202.496.7756
>
>*\* Admitted Pro Hac Vice*
>
>*Counsel for the Watson Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Eric C. Christu, Esq.
Email: echristu@shutts.com
Daniel J. Barsky, Esq.
Email:  dbarsky@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Blvd.
West Palm Beach, FL  33401
*Attorneys for Plaintiff*

Nicholas F. Giove, Esq.*
Email:  ngiove@flhlaw.com
Andrew Wasson, Esq.*
Email:  awasson@flhlaw.com
Edgar H. Haug, Esq.*
Email:  ehaug@flhlaw.com
Jason A. Lief, Esq.*
Email:  jlief@flhlaw.com
Elizabeth Murphy, Esq.*
Email:  emurphy@flhlaw.com
Mark P. Walters, Esq.*
Email:  mwalters@flhlaw.com
**FROMMER LAWRENCE & HAUG, LLP**
745 Fifth Avenue, Floor 10
New York, NY  10151
Telephone:  212.588.0800
Facsimile:  212.588.0500
*Attorneys for Plaintiffs*

*\*Admitted Pro Hac Vice*

s/ Janet T. Munn
Janet T. Munn