UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-60862-MIDDLEBROOKS/BRANNON

SHIRE DEVELOPMENT LLC,
SHIRE PHARMACEUTICAL
DEVELOPMENT INC.,
COSMO TECHNOLOGIES LIMITED and
GIULIANI INTERNATIONAL LIMITED,

    Plaintiffs,

v.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC. –
FLORIDA, WATSON PHARMA, INC., and
WATSON LABORATORIES, INC.,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION OF JONATHAN E. BACHAND, ESQ. TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS

THIS CAUSE comes before the Court upon Unopposed Motion for Jonathan E. Bachand, Esq. to Withdraw as Counsel of Record for Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc. – Florida, Watson Pharma, Inc., and Watson Laboratories, Inc. (collectively, "Defendants") [DE 295] ("Motion"), filed January 20, 2015. Defendants will continue to be represented in this action by Janet T. Munn, Esq. of Rasco Klock Perez & Nieto, P.L. and Steven A. Maddox, Esq. of McKenna, Long & Aldridge LLP. Having considered the Motion and the record in this case, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion for Jonathan E. Bachand, Esq. to Withdraw as Counsel of Record for Defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc. –Florida, Watson Pharma, Inc., and Watson Laboratories, Inc. (collectively

"Defendants") [DE 295] is **GRANTED**. Mr. Bachand shall have no further responsibility for Defendants in this action. Further, the Clerk of Court is directed to **REMOVE** Mr. Bachand from the CM/ECF electronic list of counsel to be served in this action.

**SO ORDERED** in Chambers at West Palm Beach, Florida, this 22nd day of January, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record