UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-60862-MIDDLEBROOKS/BRANNON

SHIRE DEVELOPMENT LLC,
SHIRE PHARMACEUTICAL
DEVELOPMENT INC.,
COSMO TECHNOLOGIES LIMITED, and
GIULIANI INTERNATIONAL LIMITED,

      Plaintiffs,

v.

WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC. -
FLORIDA, WATSON PHARMA,
INC., and WATSON LABORATORIES,
INC.,

      Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon the parties' Joint Notice of United States Supreme Court's Order and Decision [DE 299], filed January 29, 2015. In light of the Supreme Court's Order granting Plaintiffs' petition for certiorari, vacating the Federal Circuit's March 28, 2014 opinion in this case, and remanding the case "to the United States Court of Appeals for the Federal Circuit for further consideration in light of *Teva Pharmaceuticals USA, Inc.*, v. *Sandoz, Inc.*, 574 U. S. ___ (2015)," *Shire Dev., LLC v. Watson Pharm., Inc.*, ___ S. Ct. ___, No. 14-206, 2015 WL 303221, at *1 (Jan. 26, 2015), it is hereby

    **ORDERED AND ADJUDGED** that as follows:

    1. The Clerk of Court shall **CLOSE** this case for administrative purposes only, and **TERMINATE** the Pretrial Scheduling Order [DE 292]. The Calendar Call set for

May 27, 2015 and the Trial set for the two-week period commencing June 1, 2015 are **CANCELLED**; and

2. The parties shall file a Status Report updating the Court on the progress of the case before the Federal Circuit every three (3) months.

**SO ORDERED** in Chambers at West Palm Beach, Florida, this __4__ day of February, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record