IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60862-CIV-MIDDLEBROOKS/BRANNON

SHIRE DEVELOPMENT LLC,
SHIRE PHARMACEUTICAL
DEVELOPMENT INC.,
COSMO TECHNOLOGIES LIMITED, and
GIULIANI INTERNATIONAL LIMITED,

Plaintiffs,

v.

WATSON PHARMACEUTICALS, INC.
(n/k/a ACTAVIS, INC.), WATSON
LABORATORIES, INC. - FLORIDA (n/k/a
ACTAVIS LABORATORIES FL, INC.),
WATSON PHARMA, INC. (n/k/a ACTAVIS
PHARMA, INC.), and
WATSON LABORATORIES, INC.,

Defendants.
_____/

**NOTICE OF CHANGE OF FIRM AND ADDRESS FILED BY
STEVEN A. MADDOX, ESQ., COUNSEL FOR DEFENDANTS**

Counsel for Defendants, Steven A. Maddox, Esq., of Maddox Edwards PLLC, admitted in this matter *Pro Hac Vice,* respectfully advises the Court and counsel for Plaintiffs that he has joined a new firm and has contact information.  His new contact information is:

> Steven A. Maddox, Esq.
> Email: smaddox@meiplaw.com
> Maddox Edwards PLLC
> 1900 K Street, NW, Suite 725
> Washington, DC 20006
> Telephone: 202.830.0702
> Facsimile: 202.253.9234

2

      Defendants and Mr. Maddox respectfully request that the Clerk of Court and counsel for Plaintiffs update their records for this case to reflect the new contact information for Mr. Maddox.

Dated: May 7, 2015　　　　　　　　　　　　　Respectfully submitted,

                                               s/ Janet T. Munn  
                                               Janet T. Munn, Esq.  
                                               Florida Bar No. 501281  
                                               Email: jmunn@rascoklock.com  
                                               Rasco Klock Perez & Nieto, PL  
                                               2555 Ponce de Leon Blvd., Suite 600  
                                               Coral Gables, FL 33134  
                                               Telephone: 305.476.7101  
                                               Telecopy: 305.476.7102

                                               AND

                                             s/ Steven A. Maddox  
                                             Steven A. Maddox, Esq.*  
                                             Email: smaddox@meiplaw.com  
                                             Maddox Edwards PLLC  
                                             1900 K Street, NW, Suite 725  
                                             Washington, DC 20006  
                                             Telephone: 202.830.0702  
                                             Facsimile: 202.253.9234

                                             ***Counsel for Defendants***

                                             ****Admitted Pro Hac Vice***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Eric C. Christu, Esq.
Email: echristu@shutts.com
Daniel J. Barsky, Esq.
Email: dbarsky@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Blvd.
West Palm Beach, FL  33401
*Attorneys for Plaintiff*

Nicholas F. Giove, Esq.*
Email:  ngiove@flhlaw.com
Andrew Wasson, Esq.*
Email:  awasson@flhlaw.com
Edgar H. Haug, Esq.*
Email:  ehaug@flhlaw.com
Jason A. Lief, Esq.*
Email:  jlief@flhlaw.com
Elizabeth Murphy, Esq.*
Email:  emurphy@flhlaw.com
Mark P. Walters, Esq.*
Email:  mwalters@flhlaw.com
**FROMMER LAWRENCE & HAUG, LLP**
745 Fifth Avenue, Floor 10
New York, NY  10151
Telephone:  212.588.0800
Facsimile:  212.588.0500
*Attorneys for Plaintiffs*

*\*Admitted Pro Hac Vice*

          s/ Janet T. Munn
           Janet T. Munn