**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-60862-CIV-MIDDLEBROOKS/BRANNON**

SHIRE DEVELOPMENT LLC,
SHIRE PHARMACEUTICAL
DEVELOPMENT INC.,
COSMO TECHNOLOGIES LIMITED, and
GIULIANI INTERNATIONAL LIMITED,

Plaintiffs,

        v.

WATSON PHARMACEUTICALS, INC.
(n/k/a ACTAVIS, INC.), WATSON
LABORATORIES, INC. - FLORIDA (n/k/a
ACTAVIS LABORATORIES FL, INC.),
WATSON PHARMA, INC. (n/k/a ACTAVIS
PHARMA, INC.), and
WATSON LABORATORIES, INC.,

Defendants.

_____/

**JOINT STATUS REPORT**

Pursuant to the Court's February 4, 2015 Order (ECF No. 300), Plaintiffs Shire[1] and

Defendants Watson[2] herein provide this Joint Status Report to update the Court on the progress

of this case before the U.S. Court of Appeals for the Federal Circuit.

On March 20, 2015, the Federal Circuit directed the parties to file supplemental briefs

addressing the impact of the Supreme Court's decision in *Teva Pharmaceuticals USA, Inc. v.*

*Sandoz, Inc.*, 135 S.Ct. 831 (2015) on this case and how the Federal Circuit should proceed

---

[1] Shire Development LLC, Shire Pharmaceutical Development Inc., Cosmo Technologies
Limited, and Giuliani International Limited (collectively, "Plaintiffs" or "Shire").

[2] Watson Pharmaceuticals, Inc., Watson Laboratories, Inc. - Florida, Watson Pharma, Inc., and
Watson Laboratories, Inc. (collectively, "Defendants" or "Watson").

following remand from the Supreme Court.  The parties submitted their respective briefs, in accordance with the Federal Circuit's direction, on April 10, 2015.  The Federal Circuit's March 20, 2015 Order does not direct any further briefing or oral argument, although Shire has requested oral argument.  Shire's request for oral argument has not been ruled upon by the Federal Circuit.

Shire's supplemental brief requests that the Federal Circuit affirm this Court's determination of claim construction, infringement, and no invalidity or, in the alternative, remand to this Court for further elaboration of fact findings on claim construction.  Watson's supplemental brief requests that the Federal Circuit direct this Court to proceed as consistent with the Federal Circuit's March 28, 2014 decision and remand in light thereof.

Additionally before the Federal Circuit is Shire's Motion for Leave to File a Supplemental Appendix, filed on April 10, 2015.  Watson filed its opposition to Shire's motion on April 23, 2015, and Shire filed its reply on April 29, 2014.  Thus, briefing on Shire's Motion is complete.

The parties await further direction from the Federal Circuit.

Dated: May 7, 2015                              Respectfully submitted,

 /s/ Daniel J. Barsky
Eric C. Christu (FL Bar No. 434647)
        echristu@shutts.com
Daniel J. Barsky (FL Bar No. 25713)
        dbarsky@shutts.com
SHUTTS & BOWEN LLP
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL 33401
Phone: 561.650.8556
Fax: 561.671.5900

AND

Edgar H. Haug*
        EHaug@flhlaw.com
Jason A. Lief*
        JLief@flhlaw.com
Andrew Wasson*
        AWasson@flhlaw.com
Nicholas F. Giove*
        NGiove@flhlaw.com
Elizabeth Murphy*
        EMurphy@flhlaw.com
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Phone: 212.588.0800
Fax: 212-588-0500

*Counsel for Plaintiffs*
*Admitted Pro Hac Vice*

        /s/
Janet T. Munn, Esq.
Florida Bar No. 501281
Email: jmunn@rascoklock.com
Rasco Klock, et al.
2555 Ponce de Leon Blvd., Suite 600Coral
Gables, FL 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102

AND

Steven A. Maddox, Esq.*
Email: smaddox@meiplaw.com
Maddox Edwards PLLC
1900 K Street, NW, Suite 725
Washington, DC 20006
Telephone: 202.830.0702
Facsimile: 202.253.9234

*Counsel for Defendants*

*Admitted Pro Hac Vice*